# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00598-CV

### C. R., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
### NO. 2012-2348, HONORABLE R. BRUCE BOYER, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant C.R. filed her notice of appeal on September 18, 2014. The appellate record was complete October 6, 2014, making appellant's brief due October 27, 2014. On October 27, 2014, counsel for appellant filed a motion for extension of time to file appellant's brief.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion in part and order counsel to file appellant's brief no later than November 13, 2014. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on October 29, 2014.

Before Justices Puryear, Pemberton, and Field